# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 1, 2013

### NO. 03-12-00212-CV

**John Rady, Appellant**

**v.**

**GMAC Mortgage Corporation, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

**THIS CAUSE** having this day come on to be considered, and the Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal is dismissed for want of jurisdiction. It is **FURTHER** ordered that, it appearing that the appellant is indigent and unable to pay costs, no adjudication as to costs is made, and that this decision be certified below for observance.